UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| In re: | § | Case No. 12-26420-JBS |
|---|---|---|
| | § | |
| CHRISTOPHER M. HON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATION FOR COMPENSATION
AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that David P. Leibowitz, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 South Dearborn Street, Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 9:30 a.m on 04/16/2013, in Courtroom 682, United States Courthouse, 219 South Dearborn Street, Chicago, IL 60604. If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed:  03/20/2013          By:  /s/ David P. Leibowitz
                                       (Trustee)

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

UST Form 101-7-NFR (10/1/2010)

**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-26420-JBS |
| | § | |
| CHRISTOPHER M. HON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**SUMMARY OF TRUSTEE'S FINAL REPORT**
**AND APPLICATIONS FOR COMPENSATION**

*The Final Report shows receipts of* $2,100.00
*and approved disbursements of* $8.41
*leaving a balance on hand of$^1$ :* $2,091.59

Claims of secured creditors will be paid as follows: NONE

Total to be paid to secured creditors: $0.00
Remaining balance: $2,091.59

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---:|---:|---:|
| David P. Leibowitz, Trustee Fees | $525.00 | $0.00 | $525.00 |
| David P. Leibowitz, Trustee Expenses | $1.68 | $0.00 | $1.68 |

Total to be paid for chapter 7 administrative expenses: $526.68
Remaining balance: $1,564.91

Applications for prior chapter fees and administrative expenses have been filed as follows: NONE

Total to be paid to prior chapter administrative expenses: $0.00
Remaining balance: $1,564.91

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of disbursement of the additional interest.

**UST Form 101-7-NFR (10/1/2010)**

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are: NONE

| | Total to be paid to priority claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $1,564.91 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $24,302.85 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.4 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amt. of Claim | Interim Payments to Date | Proposed Amount |
|---|---|---|---|---|
| 1 | Discover Bank | $0.00 | $0.00 | $0.00 |
| 2 | FIA CARD SERVICES, N.A. as successor in interest to Bank of America, N.A. | $17,586.73 | $0.00 | $1,132.45 |
| 3 | PYOD, LLC its successors and assigns as assignee of Citibank | $6,716.12 | $0.00 | $432.46 |

| | Total to be paid to timely general unsecured claims: | $1,564.91 |
|---|---|---|
| | Remaining balance: | $0.00 |

Tardily filed claims of general (unsecured) creditors totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows: NONE

| | Total to be paid to tardily filed general unsecured claims: | $0.00 |
|---|---|---|
| | Remaining balance: | $0.00 |

**UST Form 101-7-NFR (10/1/2010)**

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows: NONE

|  |  |
|---|---|
| Total to be paid for subordinated claims: | $0.00 |
| Remaining balance: | $0.00 |

Prepared By:   /s/ David P. Leibowitz
              Trustee

David P. Leibowitz
420 West Clayton St
Waukegan, IL, 60085

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

**UST Form 101-7-NFR (10/1/2010)**

United States Bankruptcy Court
Northern District of Illinois

In re:  
Christopher M. Hon  
    Debtor

Case No. 12-26420-JBS  
Chapter 7

## CERTIFICATE OF NOTICE

District/off: 0752-1     User: arodarte     Page 1 of 2     Date Rcvd: Mar 21, 2013  
                    Form ID: pdf006     Total Noticed: 13

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Mar 23, 2013.

```
db            +Christopher M. Hon,    1234 Valley Lake Drive, Apt. 604,   Schaumburg, IL 60195-3633
19103835      +Cap One,    Po Box 5253,    Carol Stream, IL 60197-5253
19103836      +Chase Bank,    PO Box 15298,    Wilmington, DE 19850-5298
19103837      +Client Services,    3451 Harry Truman Blvd,    Saint Charles, MO 63301-9816
19103838     #+Creditors Interchange,    80 Holtz Drive,    Buffalo, NY 14225-1470
19471266      FIA CARD SERVICES, N.A.,    4161 Piedmont Parkway,    NC4 105 03 14,    Greensboro, NC 27410
19103840      +Firstsource Advantage, LLC,    Attn: Bankruptcy Dept.,    205 Bryant Woods South,
               Buffalo, NY 14228-3609
19103841     ++NATIONWIDE INSURANCE,    SERVICE OF PROCESS TEAM,    ONE NATIONWIDE PLAZA,    MAIL CODE 1-30-403,
               COLUMBUS OH 43215-2226
              (address filed with court:  Nationwide Bank,    1 Nationwide Plz,    Columbus, OH 43215)
19103842      +Sears/Cbna,    Po Box 6282,    Sioux Falls, SD 57117-6282
19103843       Sunrise Credit Services,    260 Airport Plaza,    PO Box 9100,    Farmingdale, NY 11735-9100
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.

```
19421968       E-mail/PDF: mrdiscen@discoverfinancial.com Mar 22 2013 01:54:56     Discover Bank,
               DB Servicing Corporation,    PO Box 3025,    New Albany, OH  43054-3025
19103839      +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 22 2013 01:54:56     Discover Fin Svcs Llc,
               Po Box 15316,    Wilmington, DE 19850-5316
19744857      +E-mail/Text: resurgentbknotifications@resurgent.com Mar 22 2013 01:39:58
                PYOD, LLC its successors and assigns as assignee,    of Citibank,    Resurgent Capital Services,
                PO Box 19008,    Greenville, SC 29602-9008
                                                                                             TOTAL: 3
```

```
              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
19103834     ##+Bank Of America,    Po Box 1598,    Norfolk, VA 23501-1598
                                                                                   TOTALS: 0, * 0, ## 1
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.  
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address  
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.  
While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

Addresses marked '##' were identified by the USPS National Change of Address system as undeliverable. Notices will no longer be delivered by the USPS to these addresses; therefore, they have been bypassed. The debtor's attorney or pro se debtor was advised that the specified notice was undeliverable.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 23, 2013**           **Signature:** _Joseph Speetjens_

```
District/off: 0752-1          User: arodarte              Page 2 of 2                  Date Rcvd: Mar 21, 2013
                              Form ID: pdf006             Total Noticed: 13
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on March 20, 2013 at the address(es) listed below:
          David P Leibowitz, ESQ   dleibowitz@lakelaw.com,
           il64@ecfcbis.com;ECF@lakelaw.com;dl@trustesolutions.com;dl@trustesolutions.net
          Joseph P Doyle   on behalf of Debtor Christopher M. Hon joe@fightbills.com
          Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov
                                                                                                                                 TOTAL: 3