**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-26420-JBS |
| | § | |
| CHRISTOPHER M. HON | § | |
| | § | |
| | § | |
| Debtor(s) | § | |

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION REPORT**
**CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

David P. Leibowitz, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1)  All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2)  A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | | | |
|---|---|---|---|
| Assets Abandoned: *(without deducting any secured claims)* | $2,725.00 | Assets Exempt: | $7,300.00 |
| Total Distributions to Claimants: | $1,564.91 | Claims Discharged Without Payment: | $40,956.94 |
| Total Expenses of Administration: | $535.09 | | |

3)  Total gross receipts of $2,100.00 (see **Exhibit 1**), minus funds paid to the debtor(s) and third parties of $0.00 (see **Exhibit 2),** yielded net receipts of $2,100.00 from the liquidation of the property of the estate, which was distributed as follows:

UST Form 101-7-TDR (10/1/2010)

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| Secured Claims (from **Exhibit 3**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Claims: |  |  |  |  |
| Chapter 7 Admin Fees and Charges (from **Exhibit 4**) | NA | $535.09 | $535.09 | $535.09 |
| Prior Chapter Admin Fees and Charges (from **Exhibit 5**) | NA | $0.00 | $0.00 | $0.00 |
| Priority Unsecured Claims (From **Exhibit 6**) | NA | $0.00 | $0.00 | $0.00 |
| General Unsecured Claims (from **Exhibit 7**) | $59,856.00 | $41,929.22 | $24,302.85 | $1,564.91 |
| **Total Disbursements** | $59,856.00 | $42,464.31 | $24,837.94 | $2,100.00 |

4). This case was originally filed under chapter 7 on 06/30/2012. The case was pending for 16 months.

5). All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6). An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: <u>10/14/2013</u>　　　　　　　　By: <u>　/s/ David P. Leibowitz　</u>
　　　　　　　　　　　　　　　　　　　　　　Trustee

STATEMENT: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

# EXHIBITS TO
# FINAL ACCOUNT

**EXHIBIT 1 – GROSS RECEIPTS**

| DESCRIPTION | UNIFORM TRAN.CODE | AMOUNT RECEIVED |
|---|---|---|
| Automobile - 2001 Pontiac Firebird with 36,000 in mileage - Paid In full - Liability auto insurance - Appraised thru CarMax | 1129-000 | $2,100.00 |
| **TOTAL GROSS RECEIPTS** | | $2,100.00 |

The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

**EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES**
NONE

**EXHIBIT 3 – SECURED CLAIMS**
NONE

**EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES**

| PAYEE | UNIFORM TRAN.CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| David P. Leibowitz, Trustee | 2100-000 | NA | $525.00 | $525.00 | $525.00 |
| David P. Leibowitz, Trustee | 2200-000 | NA | $1.68 | $1.68 | $1.68 |
| Green Bank | 2600-000 | NA | $8.41 | $8.41 | $8.41 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | NA | $535.09 | $535.09 | $535.09 |

**EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES**
NONE

**EXHIBIT 6 – PRIORITY UNSECURED CLAIMS**
NONE

**EXHIBIT 7 – GENERAL UNSECURED CLAIMS**

| CLAIM NUMBER | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Discover Bank | 7100-900 | $17,335.00 | $17,626.37 | $0.00 | $0.00 |
| 2 | FIA CARD SERVICES, N.A. as successor in interest to Bank of America, N.A. | 7100-900 | $17,586.00 | $17,586.73 | $17,586.73 | $1,132.45 |
| 3 | PYOD, LLC its successors and assigns as | 7100-000 | $6,716.00 | $6,716.12 | $6,716.12 | $432.46 |

**UST Form 101-7-TDR (10/1/2010)**

|  |  |  |  |  |  |
|---|---|---|---|---|---|
| assignee of Citibank |  |  |  |  |  |
| Cap One | 7100-000 | $281.00 | NA | NA | $0.00 |
| Chase Bank | 7100-000 | $13,816.00 | NA | NA | $0.00 |
| Client Services | 7100-000 | $0.00 | NA | NA | $0.00 |
| Creditors Interchange | 7100-000 | $0.00 | NA | NA | $0.00 |
| Firstsource Advantage, LLC | 7100-000 | $0.00 | NA | NA | $0.00 |
| Nationwide Bank | 7100-000 | $2,186.00 | NA | NA | $0.00 |
| Nationwide Bank | 7100-000 | $1,936.00 | NA | NA | $0.00 |
| Sunrise Credit Services | 7100-000 | $0.00 | NA | NA | $0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** |  | $59,856.00 | $41,929.22 | $24,302.85 | $1,564.91 |

Case 12-26420    Doc 22    Filed 10/21/13    Entered 10/21/13 09:42:31    Desc Main
Document    Page 4 of 7

**UST Form 101-7-TDR (10/1/2010)**

**FORM 1**

**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**

**ASSET CASES**

| Case No.: | 12-26420-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HON, CHRISTOPHER M. | Date Filed (f) or Converted (c): | 06/30/2012 (f) |
| For the Period Ending: | 10/14/2013 | §341(a) Meeting Date: | 08/28/2012 |
| | | Claims Bar Date: | 12/06/2012 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| **Asset Description** (Scheduled and Unscheduled (u) Property) | **Petition/ Unscheduled Value** | **Estimated Net Value** (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | **Property Abandoned** OA =§ 554(a) abandon. | **Sales/Funds Received by the Estate** | **Asset Fully Administered (FA) / Gross Value of Remaining Assets** |
| **Ref. #** | | | | | |
| 1  Checking account with American Midwest Bank | $200.00 | $200.00 | | $0.00 | FA |
| 2  Miscellaneous used household goods and furnishings | $250.00 | $250.00 | | $0.00 | FA |
| 3  Books, Pictures, and CD's | $80.00 | $80.00 | | $0.00 | FA |
| 4  Wearing Apparel | $900.00 | $0.00 | | $0.00 | FA |
| 5  Miscellaneous Costume Jewelry | $95.00 | $95.00 | | $0.00 | FA |
| 6  Estimated 2011 tax refund of $273.00 was received before filing (March 2012) and spent on ordinary and necessary living expenses. | $0.00 | $0.00 | | $0.00 | FA |
| 7  Automobile - 2001 Pontiac Firebird with 36,000 in mileage - Paid In full - Liability auto insurance - Appraised thru CarMax | $8,500.00 | $2,100.00 | | $2,100.00 | FA |

**TOTALS (Excluding unknown value)**                                                                                          **Gross Value of Remaining Assets**

          $10,025.00            $2,725.00                                    $2,100.00            $0.00

---

**Major Activities affecting case closing:**

10/26/2012  Review Claims and Prepare TFR
01/29/2013  Ready for TFR
03/06/2013  TFR sent to UST office for review and approval

**Initial Projected Date Of Final Report (TFR):**   05/29/2013                    /s/ DAVID LEIBOWITZ
**Current Projected Date Of Final Report (TFR):**                                  DAVID LEIBOWITZ

**FORM 2**
**CASH RECEIPTS AND DISBURSEMENTS RECORD**

| Case No. | 12-26420-JBS | Trustee Name: | David Leibowitz |
|---|---|---|---|
| Case Name: | HON, CHRISTOPHER M. | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9161 | Checking Acct #: | ******2001 |
| Co-Debtor Taxpayer ID #: | | Account Title: | |
| For Period Beginning: | 6/30/2012 | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2013 | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check / Ref. # | Paid to/ Received From | Description of Transaction | Uniform Tran Code | Deposit $ | Disbursement $ | Balance |
| 10/26/2012 | (7) | Chris Hon | Payment on equity | 1129-000 | $600.00 | | $600.00 |
| 10/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $0.09 | $599.91 |
| 11/27/2012 | (7) | Chris Hon | Payment | 1129-000 | $500.00 | | $1,099.91 |
| 11/30/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.10 | $1,098.81 |
| 12/31/2012 | | Green Bank | Bank Service Fee | 2600-000 | | $1.65 | $1,097.16 |
| 01/02/2013 | (7) | CHRISTOPHER HON | Payment | 1129-000 | $500.00 | | $1,597.16 |
| 01/29/2013 | (7) | CHRISTOPHER HON | Final Payment | 1129-000 | $500.00 | | $2,097.16 |
| 01/31/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $2.52 | $2,094.64 |
| 02/28/2013 | | Green Bank | Bank Service Fee | 2600-000 | | $3.05 | $2,091.59 |
| 04/22/2013 | 3001 | David P. Leibowitz | Trustee Compensation | 2100-000 | | $525.00 | $1,566.59 |
| 04/22/2013 | 3002 | David P. Leibowitz | Trustee Expenses | 2200-000 | | $1.68 | $1,564.91 |
| 04/22/2013 | 3003 | PYOD, LLC its successors and assigns as assignee of | Claim #: 3; Amount Claimed: 6,716.12; Amount Allowed: 6,716.12; Distribution Dividend: 6.44; | 7100-000 | | $432.46 | $1,132.45 |
| 04/22/2013 | 3004 | FIA CARD SERVICES, N.A.as successor in interest | Claim #: 2; Amount Claimed: 17,586.73; Amount Allowed: 17,586.73; Distribution Dividend: 6.44; | 7100-900 | | $1,132.45 | $0.00 |
| | | | **TOTALS:** | | $2,100.00 | $2,100.00 | $0.00 |
| | | | Less: Bank transfers/CDs | | $0.00 | $0.00 | |
| | | | **Subtotal** | | $2,100.00 | $2,100.00 | |
| | | | Less: Payments to debtors | | $0.00 | $0.00 | |
| | | | **Net** | | $2,100.00 | $2,100.00 | |

**For the period of 6/30/2012 to 10/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,100.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the account between 10/26/2012 to 10/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,100.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

FORM 2

CASH RECEIPTS AND DISBURSEMENTS RECORD

| Case No.: | 12-26420-JBS | | Trustee Name: | David Leibowitz |
|---|---|---|---|---|
| Case Name: | HON, CHRISTOPHER M. | | Bank Name: | Green Bank |
| Primary Taxpayer ID #: | ******9161 | | Checking Acct #: | ******2001 |
| Co-Debtor Taxpayer ID #: | | | Account Title: | |
| For Period Beginning: | 6/30/2012 | | Blanket bond (per case limit): | $5,000,000.00 |
| For Period Ending: | 10/14/2013 | | Separate bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| **Transaction Date** | **Check / Ref. #** | **Paid to/ Received From** | **Description of Transaction** | **Uniform Tran Code** | **Deposit $** | **Disbursement $** | **Balance** |

| TOTAL - ALL ACCOUNTS | NET DEPOSITS | NET DISBURSE | ACCOUNT BALANCES |
|---|---|---|---|
| | $2,100.00 | $2,100.00 | $0.00 |

**For the period of 6/30/2012 to 10/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,100.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

**For the entire history of the case between 06/30/2012 to 10/14/2013**

| | |
|---|---|
| Total Compensable Receipts: | $2,100.00 |
| Total Non-Compensable Receipts: | $0.00 |
| Total Comp/Non Comp Receipts: | $2,100.00 |
| Total Internal/Transfer Receipts: | $0.00 |
| | |
| Total Compensable Disbursements: | $2,100.00 |
| Total Non-Compensable Disbursements: | $0.00 |
| Total Comp/Non Comp Disbursements: | $2,100.00 |
| Total Internal/Transfer Disbursements: | $0.00 |

/s/ DAVID LEIBOWITZ

DAVID LEIBOWITZ